# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number:

JAMES E. BEDEKER, SALLY BEDEKER and FIRST
MIDWEST TRUST COMPANY, Trustee under
Trust #6243 dated December 18, 1997, Plaintiffs
v.
UNITED STATES OF AMERICA, et al., Defendants

**08 C 1711**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JAMES E. BEDEKER, SALLY BEDEKER and FIRST MIDWEST TRUST COMPANY,
Trustee under Trust #6243 dated December 18, 1997

**JUDGE ANDERSEN**
**MAGISTRATE JUDGE NOLAN**

| | |
|---|---|
| NAME (Type or print) Timothy J. McGonegle | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ | |
| FIRM Schain, Burney, Ross & Citron, Ltd. | |
| STREET ADDRESS 222 North LaSalle Street, Suite 1910 | |
| CITY/STATE/ZIP Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 1840797 | TELEPHONE NUMBER (312) 332-0200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |