## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1711　　　　　Assigned/Issued By: j. n.

Judge Name: ANDERSEN　　　　　Designated Magistrate Judge: NOLAN

---

### FEE INFORMATION

Amount Due:　☑ $350.00　　☐ $39.00　　☐ $5.00
　　　　　　　☐ IFP　　　　☐ No Fee　　☐ Other _____
　　　　　　　☐ $455.00

Number of Service Copies _____　　Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350　　　　　　　Receipt #: 2637280

Date Payment Rec'd: 3-24-08　　　Fiscal Clerk: J. N.

---

### ISSUANCES

☑ Summons　　　　　　　　　　　☐ Alias Summons
☐ Third Party Summons　　　　　　☐ Lis Pendens
☐ Non Wage Garnishment Summons　 ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons
　　　　　　　　　　　　　　　　　(Victim, Against and $ Amount)
☐ Citation to Discover Assets
　　　　　　　　　　　　　　　　　☐ Other
☐ Writ _____
　　(Type of Writ)　　　　　　　　　(Type of issuance)

6 Original and 0 copies on 3-25-08 as to CHARLES F. CONNOR; U.S.
　　　　　　　　　　　(Date)
DEPT. OF AGRICULTURE( 2 DIFFERENT ADDRESSES); FARM SERVICE AGENCY; PATRICK

FITZGERALD; NATURAL RESOURCES CONSERVATION SERVICE