IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES E. BEDEKER, SALLY BEDEKER and FIRST MIDWEST TRUST COMPANY, Trustee under Trust # 6243 dated December 18, 1997,<br><br>Plaintiffs,<br>v.<br><br>UNITED STATES OF AMERICA, CHARLES F. CONNOR, ACTING SECRETARY OF THE UNITED STATES DEPARTMENT OF AGRICULTURE, FARM SERVICE AGENCY, NATURAL RESOURCES CONSERVATION SERVICE, AND THE UNITED STATES DEPARTMENT OF AGRICULTURE,<br><br>Defendants. | No. 08 C 1711<br><br>Judge Andersen<br><br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

To: Jonathan Haile, Esq.
Assistant United States Attorney
United States District Court
Dirksen Building
219 South Dearborn Street/Room 5036
Chicago, IL 60604

**PLEASE TAKE NOTICE** that on April 17, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Wayne R. Andersen or any other judge sitting in his stead, in Courtroom 1403, at the United States District Court, Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, 60604, and shall then and there present **AGREED MOTION TO CONSOLIDATE**, a copy of which is attached and hereby served upon you.

JAMES AND SALLY BEDEKER, AND
FIRST MIDWEST TRUST COMPANY
TRUST #6243 dated December 18, 1997

/s/ Timothy J. McGonegle

Timothy J. McGonegle (ARDC #1840797)
Patrick T. Brankin (ARDC #6228896)
SCHAIN, BURNEY, ROSS & CITRON, LTD.
222 North LaSalle Street, Suite 1910
Chicago, Illinois 60601
(312) 332-0200 (phone)
(312) 332-4514 (fax)
F:\PTB\Bedeker\Declaratory-Judgment-Injunction\Notice of Motion.doc

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

    I, Patrick T. Brankin, an attorney, certify that I caused copies of the foregoing **NOTICE OF MOTION** and **AGREED MOTION TO CONSOLIDATE**, to be served upon Jonathan Hale, Esq., Assistant United States Attorney, United States District Court, Dirksen Building, 219 South Dearborn Street/Room 5036, Chicago, IL 60604, by messenger delivery and first class mail this 10th day of April, 2008, before the hour of 5:00 p.m.

                                                                                  _____
                                                                                  Patrick T. Brankin