

# United States District Court
# Northern District of Illinois

In the Matter of

James E. Bedeker, et al

v.

United States of America, et al

Case No. 08 C 1711

Designated Magistrate Judge
Nan R. Nolan

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge **Wayne R. Andersen** to be related to **07 C 6014** which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

_____
Judge Rebecca R. Pallmeyer

Dated: April 23, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge **Rebecca R. Pallmeyer.**

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
Chief Judge James F. Holderman

Dated: APR 2 4 2008

Finding of Relatedness (Rev. 9/99)