**DOCUMENT NOT IMAGED DUE TO ONE OR MORE REASONS LISTED BELOW**:


**XX**    **TOO VOLUMINOUS**

☐    **QUALITY NOT LEGIBLE**

☐    **FONT TOO SMALL**

☐    **PHOTOGRAPHS**

**XX**    **OTHER:**    **Volume includes a computer disc.**


**TO VIEW THE DOCUMENT YOU MUST OBTAIN THE CASE FILE AT THE**

**CLERK'S OFFICE.   THE CLERK'S OFFICE IS OPEN FROM 8:30 AM. to 4:30**

**P.M.  MONDAY THROUGH FRIDAY EXCEPT FOR LEGAL HOLIDAYS.   TO**

**OBTAIN A  COPY YOU CAN CALL THE CLERK'S OFFICE SERVICE CENTER**

**AT  312-435-5699.**